IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KAREN HELTON, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:11-1041 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| ORECK CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The initial case management conference is reset in this action for **Monday, January 9, 2012 at 2:00 p.m.**

It is to so **ORDERED**.

**ENTERED** this the 3rd day of January, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge